**United States District Court for the District of Maryland**

| | | |
|---|---|---|
| **United States of America** | * | |
| v. | * | Crim. No. 1:16-cr-00484-JKB-2 |
| **Bohl, et al.**<br>[Rozlyn Bratten] | * | |

**Motion to Adopt Other Defendants' Motion(s)**

Pursuant to Fed. R. Crim. P. 12(b), the defendant Rozlyn Bratten moves to adopt the motion(s) submitted by other defendants in this case, as they may apply to her and to the extent they are not inconsistent with any motions specifically filed by her. In support defendant states:

1. Counsel anticipates extensive pre-trial motions and memoranda by the other defendant(s) in this case and *U.S. v. Bell, et al.,* 1:16-cr-00485-JKB.

2. Counsel hopes to avoid repetition and duplication.

**Request for Hearing**

Pursuant to Loc. R. 105.6, defendant requests a hearing.

/s/
William L. Welch, III
111 South Calvert Street, Suite 2700
Baltimore, Maryland 21202
wlw@wwelchattorney.com
Telephone: (410) 385-5630
Facsimile: (866) 875-3758
Counsel for Rozlyn Bratten

**Certificate of Service**

I hereby certify that on this 6th day of June, 2017 a copy of the foregoing Motion to Adopt Other Defendants' Motion(s) was delivered electronically to Messrs. Leo Joseph Wise (Leo.Wise@usdoj.gov), Robert Reeves Harding (robert.harding@usdoj.gov), and Daniel Charles Gardner (daniel.gardner@usdoj.gov) Office of the United States' Attorney, 36 South Charles Street, Fourth Floor, Baltimore, Maryland 21201.

/s/<br>William L. Welch, III